| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **International Foods NW Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-2856448** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**4404 W. Fullerton Ave.**<br>**Chicago, IL 60639**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 1

Debtor **International Foods NW Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5110**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **International Foods NW Inc.**                              Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **International Foods NW Inc.**  _____  Case number (*if known*) _____
     Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **International Foods NW Inc.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 29, 2024**
MM / DD / YYYY

X **/s/ Carlos Mella-Picel**              **Carlos Mella-Picel**
Signature of authorized representative of debtor    Printed name

Title **Owner**

**18. Signature of attorney**

X **/s/ John F. Hiltz**              Date **January 29, 2024**
Signature of attorney for debtor           MM / DD / YYYY

**John F. Hiltz**
Printed name

**Hiltz Zanzig & Heiligman LLC**
Firm name

**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone                Email address **jhiltz@hzhlaw.com**

**6289744 IL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **International Foods NW Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Illinois Department of Revenue** P.O. Box 19035 Bankruptcy Unit Springfield, IL 62794-9035 | | Taxes | Unliquidated Disputed | | | $520,092.91 |
| **Illinois Department of Revenue** P.O. Box 19035 Bankruptcy Unit Springfield, IL 62794-9035 | | Taxes | | | | $14,298.29 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $11,903.82 |
| **ComEd** PO Box 6111 Carol Stream, IL 60197 | | Vendor | | | | $11,327.35 |
| **Thermal Mechanical** 929 Dillon Dr. Wood Dale, IL 60191 | | Vendor | | | | $10,961.45 |
| **Variety Meat Co.** 159 N Carpenter St. Chicago, IL 60607 | | Vendor | | | | $9,024.36 |
| **Palimex Distributors, Inc.** 1376 Industrial Dr. Itasca, IL 60143 | | Vendor | | | | $7,861.26 |
| **First National Bank of Omaha** P.O. Box 3128 Omaha, NE 68103 | | Credit Card | | | | $7,531.96 |
| **P&R Produce Inc.** 2404 N. Lorel Chicago, IL 60639 | | Vendor | | | | $6,886.50 |

| Debtor | **International Foods NW Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Data Global Leasing**<br>**Altus Mangt. Inc.**<br>**P.O. BOX 186**<br>**Metairie, LA 70004** | | **Vendor** | | | | $6,308.88 |
| **Nealey Foods**<br>**3348 S. Pulaski Road**<br>**Chicago, IL 60623** | | **Vendor** | | | | $6,178.75 |
| **Amigos Meat**<br>**3526W 51 St**<br>**Chicago, IL 60632** | | **Vendor** | | | | $5,883.72 |
| **Illinois Lottery**<br>**404 North 5th St.**<br>**Springfield, IL 62702** | | **Vendor** | | | | $5,744.36 |
| **Pepsi-Cola Company**<br>**75 Remittance Drive Suite 1884**<br>**Chicago, IL 60675** | | **Vendor** | | | | $5,727.06 |
| **Cordova Food Distributor LLC**<br>**5710 W. 82nd Street**<br>**Indianapolis, IN 46278** | | **Vendor** | | | | $5,568.11 |
| **Banner Wholesale**<br>**2639 S. Damen Ave.**<br>**Chicago, IL 60608** | | **Vendor** | | | | $5,103.00 |
| **Taft Stettinius & Hollister LLP**<br>**111 East Wacker Suite 2600**<br>**Chicago, IL 60601** | | **Legal Fees** | | | | $4,971.00 |
| **Aramark**<br>**4200 S. Halsted St.**<br>**Chicago, IL 60609** | | **Vendor** | | | | $3,100.45 |
| **Great Lakes Coca Cola**<br>**7400 N. Oak Park Ave.**<br>**Niles, IL 60714** | | **Vendor** | | | | $2,797.13 |
| **La Bodega LDT**<br>**3225 S. Western Ave.**<br>**Chicago, IL 60608** | | **Vendor** | | | | $2,388.34 |

```
2244 North Springfield LLC
c/o Carlos Mella-Picel
1201 N. LaSalle Dr., Apt. 2905
Chicago, IL 60610


4404 W. Fullerton Building LLC
c/o William S. Bazianos
2 N Riverside Plz Ste. 1850
Chicago, IL 60606


Amigos Meat
3526W 51 St
Chicago, IL 60632


Aramark
4200 S. Halsted St.
Chicago, IL 60609


AT&T
c/o Bankruptcy Dept.
4331 Communications Dr., Flr 4W
Dallas, TX 75211


AT&T c/o Bankruptcy
2220 Campbell Creek Blvd.
Richardson, TX 75082


Audit Bureau
Illinois Department of Revenue
PO Box 19012
Springfield, IL 62794-9012


Banner Wholesale
2639 S. Damen Ave.
Chicago, IL 60608


City of Chicago Water Department
4925 S Western Blvd
Chicago, IL 60609


Comcast
One Comcast Center
Philadelphia, PA 19103
```

```
Comcast
688 Industrial Dr
Elmhurst, IL 60126


ComEd
PO Box 6111
Carol Stream, IL 60197


ComEd
321 Swift Rd.
Lombard, IL 60148


ComEd
PO Box 6112
Carol Stream, IL 60197-6112


Commonwealth Edison
c/o Corporate Creations Network
350 S Northwest Hwy 300
Park Ridge, IL 60068


Commonwealth Edison Co.
440 S. LaSalle St.
Chicago, IL 60605


Cordova Food Distributor LLC
5710 W. 82nd Street
Indianapolis, IN 46278


Darling Ingredientes Inc.
PO BOX 554885
Detroit, MI 48255


First Data Global Leasing
Altus Mangt. Inc.
P.O. BOX 186
Metairie, LA 70004


First National Bank of Omaha
P.O. Box 3128
Omaha, NE 68103


Futuro Foods
P.O. BOX 8206
Westchester, IL 60153
```

Galera Fresh
2404 S. Wolcott Ave Unit 26-30
Chicago, IL 60608

Great Lakes Coca Cola
7400 N. Oak Park Ave.
Niles, IL 60714

Illinois Department of Revenue
P.O. Box 19035
Bankruptcy Unit
Springfield, IL 62794-9035

Illinois Department of Revenue
555 West Monroe Suite 1100
Chicago, IL 60661

Illinois Department of Revenue
Levy Unit
PO Box 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
P.O. Box 19043
Bankruptcy Unit
Springfield, IL 62794-9043

Illinois Lottery
404 North 5th St.
Springfield, IL 62702

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604

Joe and Rose Ice Cream
7451W. 100th Place
Bridgeview, IL 60455

Keurig Dr. Pepper
401 N. Railroad Ave
Northlake, IL 60164

La Bodega LDT
3225 S. Western Ave.
Chicago, IL 60608

La Hacienda Brands, Inc.
2420 S. Woods Street
Unit #1
Chicago, IL 60608

Lipari Foods
26661 Bunert Rd
Warren, MI 48089

Los Dos Hermanos Inc.
3800 W. 44th St
Chicago, IL 60632

Markoff Law LLC
29 N. Wacker Dr.#1010
Chicago, IL 60606

McLane
430 W 194th St.
Glenwood, IL 60425

Muzak LLC
P.O. BOX 71070
Charlotte, NC 28272

Nealey Foods
3348 S. Pulaski Road
Chicago, IL 60623

Orkin
5840 N. Lincoln Ave.
Chicago, IL 60659

P&R Produce Inc.
2404 N. Lorel
Chicago, IL 60639

```
Palimex Distributors, Inc.
1376 Industrial Dr.
Itasca, IL 60143


Peoples Gas
PO Box 2968
Milwaukee, WI 53201


Peoples Gas
P.O. Box 6050
Carol Stream, IL 60197-6050


Peoples Gas
Attn: Customer Service
200 E. Randolph St.
Chicago, IL 60601-6302


Pepsi-Cola Company
75 Remittance Drive
Suite 1884
Chicago, IL 60675


Republic Services
18500 N Allied Way
Phoenix, AZ 85054


Sherwood Food Distributors
12499 Evergreen Road
Detroit, MI 48228


Small Business Administration
Illinois District Office-Citicorp
500 West Madison Street Suite 1250
Chicago, IL 60661-2511


Taft Stettinius & Hollister LLP
111 East Wacker Suite 2600
Chicago, IL 60601


Thermal Mechanical
929 Dillon Dr.
Wood Dale, IL 60191
```

```
Variety Meat Co.
159 N Carpenter St.
Chicago, IL 60607


Wintrust Bank, N.A.
231 S. LaSalle
Chicago, IL 60604


Wintrust Community Bank
9700 W. Higgins Rd.
Des Plaines, IL 60018
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **International Foods NW Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **International Foods NW Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 29, 2024**

Date

**/s/ John F. Hiltz**

**John F. Hiltz**

Signature of Attorney or Litigant

Counsel for **International Foods NW Inc.**

**Hiltz Zanzig & Heiligman LLC**
**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604**

**jhiltz@hzhlaw.com**